

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00468-CR

Kacey Gene **RHODES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR8852
Honorable Kevin M. O'Connell, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED November 10, 2015.

_____
Rebeca C. Martinez, Justice